UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-MJ-118 (MAU) |
| | : | |
| **PETER G. MOLONEY,** | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT, UNOPPOSED MOTION TO
CONTINUE, AND UNOPPOSED MOTION TO EXCLUDE
TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, through counsel, and defendant Peter G. Moloney, through counsel, hereby submit a Joint Status Report, Unopposed Motion for a Continuance, and Unopposed Motion to Exclude Time Under the Speedy Trial Act and state as follows:

The defendant in this case is charged by an eight-count Criminal Complaint with violations of 18 U.S.C. § 231(a)(3) (Obstructing, Impeding, or Interfering with Law Enforcement During a Civil Disorder); 18 U.S.C. § 111(a)(1) (Assault of or Interference with Law Enforcement); 18 U.S.C. § 113(a)(4) (Assault by Striking); 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building); 18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(D) (Violent Entry and Disorderly Conduct in a Capitol Building); and 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

The Government continues to gather both global discovery and case-specific discovery. The Government has provided access to global discovery and some case-specific discovery to defense counsel. The Government will continue to provide both case-specific discovery and global

discovery as the case progresses. At present, there are no discovery disputes that require the intervention of the Court.

The Government and defense counsel believe that additional time, specifically sixty days, before the Magistrate Judge in this case would allow the parties to further engage in the provision of discovery and its review by defense counsel and his client, and it would also allow the parties to engage in good-faith pre-Indictment plea discussions.

Consistent with the attached proposed Order, the government requests, and the defendant through his counsel consents to

   a. the Court excluding all time between August 22, 2023, and a date approximately sixty days from then, specifically through Friday, October 20, 2023, from calculation under the Speedy Trial Act, and

   b. waive his right under 18 U.S.C. § 31651(b) to be charged by indictment or information within thirty days of his arrest.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____          /s/_____
SEAN P. MURPHY                                EDWARD HEILIG, ESQ.
Assistant United States Attorney              Attorney for Peter G. Moloney
Detailee, Capitol Siege Section               NY Bar Reg. No. 2153278
D.C. Bar No. 1187821                          Heilig Branigan, LLP
Torre Chardon, Ste 1201                       4250 Veterans Memorial Hwy, Ste 111E
350 Carlos Chardon Ave                        Holbrook, NY 11741
San Juan, PR 00918                            631-750-6888
787-766-5656                                  edward@heiligbranigan.com
sean.murphy@usdoj.gov


    /s/_____              /s/_____
VICTORIA SHEETS                               PHILIP BRANIGAN, ESQ.
Assistant United States Attorney              Attorney for Peter G. Moloney